## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6184 MRW | Date | March 5, 2024 |
|---|---|---|---|
| Title | Naaman v. Wells Fargo | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Narissa Estrada | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

    1.    This is civil action. The parties consented to magistrate judge jurisdiction in August 2023. Since then, they've filed a series of stipulations to extend the complaint response date (presumably to try to settle the action). The last deadline was in mid-February. (Docket # 15.)

    2.    The parties blew that date. Neither side has filed anything with the Court since the last stipulation in late December 2023.

    3.    The parties are each ORDERED to show cause why the Court should not: (a) dismiss the action for failure to prosecute under Rule 41; or (b) enter a default against the defense under Rule 55. The parties will respond to this OSC by declaration or other appropriate filing (including a dismissal of the case, if it's settled) by March 19.

    4.    **Note:** The Court will not entertain any additional extension requests.