JS-6

Alan Aghabegian, State Bar No. 180159
  alan@aaesqlaw.com
Dion Estepanian, State Bar No. 339007
  dion@aaesqlaw.com
AGHABEGIAN & ASSOCIATES, PC
500 North Brand Boulevard, Suite 2120
Glendale, California 91203
Telephone:   (818) 507-4311
Facsimile:   (818) 507-4312

Attorneys for Plaintiff VIOLETTE NAAMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTE NAAMAN, by and through her Guardian Ad Litem, Antoinette Safarian,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a South Dakota Corporation; SUSANNA TONERYAN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:   2:23-cv-06184-MRW<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

    The Court, having considered the parties' Joint Stipulation for Dismissal, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice. The Court vacates all dates and deadlines.

/ / /

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

Dated: March 13, 2024 _____

/s/ Michael R. Wilner
_____
Hon. Michael R. Wilner
United States Magistrate Judge